# IN UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

KATIE VAN     v.     LLR, INC., d/b/a LuLaRoe, et al.

JUDGE  H. RUSSEL HOLLAND     CASE NO.  3:18-cv-0197-HRH

PROCEEDINGS:     **ORDER FROM CHAMBERS**

Defendants' motion for judicial notice at Docket No. 26 is granted. The court will take judicial notice of and consider the following exhibits:

1) August 20, 2018 memorandum opinion in Webster v. LLR, Inc.,

2) LuLaRoe Sales Tax Update, dated April 20, 2016,

3) First Amended Class Action Complaint in Webster v. LLR, Inc., and

4) September 19, 2018 order of the court in Webster v. LLR, Inc.

1