# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | | |
|---|---|---|
| KATIE VAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:18-cv-00197-HRH |
| LLR, INC., et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

☒  other:  The plaintiff recover nothing, the action be dismissed on the merits. _____

_____ .

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☒  decided by Judge _____ H. Russel Holland _____ on a motion for   dismissal at docket 28. _____ .

APPROVED:

**s/H. Russel Holland** _____
H. Russel Holland
United States District Judge

Date: March 4, 2019

**Lesley K. Allen** _____
Lesley K. Allen
Clerk of Court

Note: Award of prejudgment interest, costs and attorney's fees are
governed by D.Ak. LR 54.1, 54.3, and 58.1.