R. Bruce Carlson, Esq.
Kelly K. Iverson, Esq.
Kevin W. Tucker, Esq.
*(All admitted pro hac vice)*
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243 (telephone)
(412) 231-0246 (fax)

James J. Davis, Jr., AK Bar No. 9412140
Goriune Dudukgian, AK Bar No. 0506051
**NORTHERN JUSTICE PROJECT, LLC**
310 K Street, Suite 200
Anchorage, AK 99501
(907) 264-6634 (telephone)
(866) 813-8645 (fax)

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATIE VAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LLR, INC. d/b/a LuLaRoe, and LULAROE, LLC,<br><br>　　　　　　Defendants. | Case No. 3:18-cv-0197-HRH<br><br>**NOTICE OF APPEAL** |

*Van v. LLR, Inc., et al*　　　　　　　　　　　　　　　　　　　　　　　　NOTICE OF APPEAL — 1
Case No. 3:18-cv-00197-HRH
Case 3:18-cv-00197-JMK　Document 59　Filed 03/26/19　Page 1 of 5

# NOTICE OF APPEAL

Plaintiff Katie Van, on behalf of herself and all others similarly situated, appeals to the United States Court of Appeals for the Ninth Circuit from the judgment entered March 4, 2019 (ECF No. 53), and all interlocutory orders leading to the judgment, including, but not limited to, the order dated March 1, 2019 (ECF No. 52) granting Defendant's motion to dismiss.

Dated: March 26, 2019

**CARLSON LYNCH, LLP**

Attorneys for Plaintiff

By: *s/ Kelly K. Iverson*

R. Bruce Carlson, Esq.
bcarlson@carlsonlynch.com
Kelly K. Iverson, Esq.
kiverson@carlsonlynch.com
Kevin W. Tucker, Esq.
ktucker@carlsonlynch.com
*(All admitted pro hac vice)*
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(p) 412-322-9243
(f) 412-231-0246

James J. Davis, Jr., AK Bar No. 9412140
Goriune Dudukgian, AK Bar No. 0506051
**NORTHERN JUSTICE PROJECT, LLC**
310 K Street, Suite 200
Anchorage, AK 99501
(p) 907-264-6634
(f) 866-813-8645

*Van v. LLR, Inc., et al*  NOTICE OF APPEAL — 2
Case No. 3:18-cv-00197-HRH
Case 3:18-cv-00197-JMK   Document 59   Filed 03/26/19   Page 2 of 5

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2019, the foregoing document was filed with the Court through its CM/ECF system, which will send electronic notice of the filing and generate service to all counsel of record listed on the Electronic Mail Notice list, including counsel of records for all parties.

By: */s/ Kelly K. Iverson*

Kelly K. Iverson

*Van v. LLR, Inc., et al* NOTICE OF APPEAL — 3
Case No. 3:18-cv-00197-HRH
Case 3:18-cv-00197-JMK Document 59 Filed 03/26/19 Page 3 of 5

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

*****Jamisen Etzel is registered; others are applying for admission**

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                                                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6** Case 3:18-cv-00197-JMK   Document 59   Filed 03/26/19   Page 5 of 5  2  *New 12/01/2018*